IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHRISTINE DAVENPORT, | : |
| Plaintiff, | : |
| v. | : |
| | Civil Action No. GLR-12-1335 |
| ANNE ARUNDEL COUNTY BOARD OF EDUCATION, | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

THIS MATTER is before the Court on Defendant Anne Arundel County Board of Education's[1] (the "Board") Motion for Summary Judgment. For the reasons stated in the foregoing Memorandum Opinion, it is this 6th day of February, 2014, hereby

ORDERED that the Board's Motion (ECF No. 29) is GRANTED. The Clerk is DIRECTED to CLOSE the case.

/s/
_____
George L. Russell, III
United States District Judge

---

[1] The Board notes that its proper name is Board of Education of Anne Arundel County.