IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHRISTINE DAVENPORT | : | |
| Plaintiff | : | |
| v. | : | **Case No.: 1:12-cv-01335-GLR** |
| ANNE ARUNDEL COUNTY BOARD OF EDUCATION, | : | |
| | : | |
| Defendant | | |

## NOTICE OF APPEAL

NOTICE is hereby given that Plaintiff Christine Davenport hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered on February 6, 2014 in this action.

Plaintiff appeals all issues appealable in this case, including but not limited to: (1) the Court's order and opinion granting in part Defendant's motion to dismiss entered on December 4, 2012, and (2) the Court's order and opinion granting Defendant's motion for summary judgment entered on February 6, 2014.

                                                Respectfully Submitted,

                                                /S/
                                          Cary J. Hansel (Bar No. 14722)
                                          Joseph M. Creed (Bar No. 17134)
                                          Joseph, Greenwald & Laake, P.A.
                                          6404 Ivy Lane, Suite 400
                                          Greenbelt, Maryland 20770
                                          (301) 220-2200
                                          *Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 6, 2014, a copy of the foregoing was served on all counsel of record via the Court's ECF system.

                                              /S/
                                    Joseph M. Creed (Bar No. 17134)