FILED:  March 7, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1210

(1:12-cv-01335-GLR)

_____

CHRISTINE DAVENPORT

          Plaintiff - Appellant

v.

ANNE ARUNDEL COUNTY BOARD OF EDUCATION

          Defendant - Appellee

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:12-cv-01335-GLR |
| Date notice of appeal filed in originating court: | 03/06/2014 |
| Appellant (s) | Christine Davenport |
| Appellate Case Number | 14-1210 |
| Case Manager | Sue Ellen Nagle 804-916-2702 |